# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN JOSEPH DEDEAUX** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:18cv263-HSO-RHW |
| | § | |
| **UNKNOWN TURNER** | § | **RESPONDENT** |

## FINAL JUDGMENT

This matter came on to be heard on Petitioner John Joseph Dedeaux's Objections [23], [24], [25], to the Proposed Findings of Fact and Recommendation [22] of United States Magistrate Robert H. Walker recommending that Respondent Unknown Turner's Motion to Dismiss [15] be granted and that Petitioner John Joseph Dedeaux's Petition for Writ of Habeas Corpus [1] be dismissed with prejudice.  The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [22], Petitioner John Joseph Dedeaux's Objections [23], [24], [25], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of March, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE